Case 4:25-cv-01277-P Document 4 Filed 11/17/25 Page 1 of 4 PageID 17

RUSH
Receipt# 3418386
Check# 116831
AT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
DEC - 5 2025
CLERK, U.S. DISTRICT COURT

2025 NOV 21 AM 11:57

| | | |
|---|---|---|
| **SOUTHEAST DIRECTIONAL DRILLING, LLC** | § | |
| *Plaintiff / Judgment Creditor,* | § | |
| v. | § | **ACTION NO: 4:25-cv-01277-P** |
| **BANK OF AMERICA, N.A.** | § | |
| *Garnishee.* | § | |

**WRIT OF GARNISHMENT AFTER JUDGMENT**

STATE OF TEXAS
TO EACH SHERIFF OF THE STATE AND
FEDERAL US MARSHAL

To **BANK OF AMERICA, N.A.**, by delivering to its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136, Garnishee.

GREETING:

Whereas, in the United States District Court for the Northern District of Texas, Fort Worth Division, in a certain cause (Case No. 4:23-MC-00008-Y) styled *US Trinity Energy Services, LLC v. Southeast Directional Drilling, LLC*, wherein SOUTHEAST DIRECTIONAL DRILLING, LLC is respondent and US TRINITY ENERGY SERVICES, LLC is petitioner, and wherein the respondent, SOUTHEAST DIRECTIONAL DRILLING, LLC, obtained and secured a final judgment against US TRINITY ENERGY SERVICES, LLC, and is now claiming an indebtedness against US TRINITY ENERGY SERVICES, LLC of $1,662,000.00, plus $3,974.97 in administrative fees and expenses, as stated by the final judgment, besides interest and costs of suit, and has applied for a writ of garnishment against you, **BANK OF AMERICA, N.A.**

**THEREFORE YOU ARE HEREBY COMMANDED** to be and appear before said court at the United States District Court for the Northern District of Texas, Fort Worth Division, at ten o'clock (10:00) a.m. on the Monday next following the expiration of twenty days from the date of service hereof then and there to answer upon oath what, if anything, you are indebted to US TRINITY ENERGY SERVICES, LLC, and were when this writ was served upon you, and what effects, if any, of US TRINITY ENERGY SERVICES, LLC you have in your possession, and had when this writ was served, and what other persons, if any, within your knowledge, are indebted to US TRINITY ENERGY SERVICES, LLC or have effects belonging to US TRININTY ENERGY SERVICES, LLC in their possession. You are further commanded NOT to pay to US TRINITY

ENERGY SERVICES, LLC any debt or to deliver to him any effects, pending further order of this court. Herein fail not, but make due answer as the law directs.

If you do not appear as commanded and answer questions concerning any debts and assets of US TRINITY ENERGY SERVICES, LLC, judgment may be rendered against you.

IF YOU FAIL TO RESPOND OR FILE AN ANSWER, YOU MAY BECOME PERSONALLY LIABLE FOR THE FULL AMOUNT OF THE JUDGMENT AGAINST US TRINITY ENERGY SERVICES, LLC, EVEN IN AN AMOUNT IN EXCESS OF THE VALUE OF THE PROPERTY IN YOUR POSSESSION BELONGING TO US TRINITY ENERGY SERVICES, LLC, OR IN EXCESS OF THE AMOUNT OF ANY DEBT YOU OWE US TRINITY ENERGY SERVICES, LLC.

To **US TRINITY ENERGY SERVICES, LLC**, Petitioner (underlying cause) and Judgment Debtor (instant cause):

Your money or property has been frozen or seized ("garnished") because SOUTHEAST DIRECTIONAL DRILLING, LLC (the "Garnishor") has filed a garnishment proceeding. That means they are trying to get your money or property from BANK OF AMERICA, N.A. (the "Garnishee"), the company or person who has it, to pay a debt you owe. / *Su dinero o propiedad le han sido inmovilizados o incautados ("embargados") porque SOUTHEAST DIRECTIONAL DRILLING, LLC, (el "Embargante"), ha entablado ante tribunales un auto procesal de embargo con la intención de obtener su dinero o propiedad de BANK OF AMERICA, N.A., (el "Embargado"), que es la compañía o persona física que los tiene, y como pago de lo que usted le adeuda.*

> **YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT.**

**If you are an individual (not a company), your money or property may be protected ("exempt") from garnishment under federal or state law.** Under Texas Rule of Civil Procedure 679b, the Garnishor must send you in the next few days a "Notice of Protected Property Rights" approved by the Supreme Court. Read that notice carefully for more information on what property can be protected and how to get your protected money or property back. You can ask the court to get your money or property back by turning in ("filing") the "Protected Property Claim Form" that will be sent with the Notice of Protected Property Rights. / ***Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos ("eximidos") de ser embargados de acuerdo a lo dispuesto en las leyes federales o estatales.*** *Bajo la Norma de Derecho Procesal Civil Número 679b, el Embargante debe enviarle en los próximos días una "Notificación Sobre Derechos de Propiedad Protegida" aprobada por el Tribunal Supremo de Justicia. Lea con cuidado esta notificación para que obtenga mayor información sobre qué dinero y propiedades están protegidos y cómo recuperarlos. Puede solicitar que se le regresen sus propiedades y dinero*

*que están protegidos entregando ("presentando") ante el tribunal el "Formulario de Reclamo de Propiedad Protegida" que le será enviado junto con la "Notificación Sobre Derechos de Propiedad Protegida".*

You may also file a "motion to dissolve" or "motion to modify" this writ of garnishment with the court because your money or property is exempt from garnishment. You can also get your money back if you file a "replevy bond," which is cash or other security in an amount set by the court. / *Usted también pudiera presentar por escrito una "petición de disolución" o "petición de modificación" de este auto procesal de embargo, ya que su dinero y propiedad están exentos de dicho embargo. También puede recuperar su dinero si presenta ante tribunales una "fianza reivindicatoria", la cual es una garantía en efectivo o con fiador en una cantidad impuesta por el tribunal.*

You can find out more about exemptions and the garnishment process by visiting www.texaslawhelp.org/exempt-property. / *Obtenga mayor información sobre las exenciones y el proceso judicial de embargo, visitando el sitio www.texaslawhelp.org/exempt-property.*

You are encouraged to get a lawyer to help you. **For information on free and low-cost legal services**, visit www.texascourts.gov/programs-services/legal-aid or call the legal aid offices that serve your area: Texas RioGrande Legal Aid at (888) 988-9996, Lone Star Legal Aid at (800) 733-8394, and Legal Aid of Northwest Texas at (888) 529-5277. You can also call the State Bar of Texas at (800) 252-9690. / *Se le recomienda que consiga a un abogado que le ayude.* ***Para información sobre cómo obtener servicios de asesoría legal gratuitos o a un bajo costo****, visite el sitio www.texascourts.gov/programs-services/legal-aid o llame a la oficina de asistencia legal que presta servicios en su área: Texas RioGrande Legal Aid al (888) 988-9996; Lone Star Legal Aid al (800) 733-8394; y Legal Aid of Northwest Texas at (888) 529-5277. También puede llamar al Servicio de Información de Abogados en el Colegio de Abogados de Texas al (800) 252-9690.*

ISSUED AND GIVEN UNDER MY HAND and seal of said Court this 17th day of November, 2025.

ATTEST: s/Wendy Camargo

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **SOUTHEAST DIRECTIONAL DRILLING, LLC**<br><br>***Plaintiff / Judgment Creditor,***<br><br>**v.**<br><br>**BANK OF AMERICA, N.A.**<br><br>***Garnishee.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **ACTION NO: 4:25-cv-01277-P** |

OFFICER'S / AUTHORIZED PERSON'S RETURN

Came to hand on the ______ day of NOV 2 1 2025________, 20___, at ________ o'clock __.M., and executed in ________________________ County, Texas, by delivering to the within named ____________________________________________, in person, a copy of this Writ, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of Judge's Order, on the ________ day of __________________________, 20___, at ________ o'clock __.M., at ____________________________________________________, place of service.

NOT EXECUTED FOR THE FOLLOWING REASONS: __________________________
______________________________________________________________________
______________________________________________________________________
_____________________________________________________________________.

Returned: ____________________________________, 20___

Fees: $______________________________________________

By:____________________________

TRACEY GULLEY, CONSTABLE____________________ of
DALLAS COUNTY PRECINCT 1________________ County, Texas

SWORN TO AND SUBSCRIBED BEFORE ME, this ____ day of __________________, 20___.

____________________________________
NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| US TRINITY ENERGY SERVICES, LLC | § | |
| | § | |
| VS. | § | ACTION NO: 4:23-MC-8-Y |
| | § | |
| SOUTHEAST DIRECTIONAL DRILLING, LLC | § | |

**FINAL JUDGMENT**

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with this Court's orders denying Plaintiff's petition to vacate the arbitration award and granting Defendant's cross-petition to confirm the arbitration award, dated October 2, 2023, and September 4, 2024, respectively, Defendant Southeast Directional Drilling, LLC, is hereby awarded a money judgment in the sum of One Million Six Hundred Sixty-Two Thousand Dollars ($1,662,000.00) in damages and Three Thousand Nine Hundred Seventy-Four Dollars and Ninety-Seven Cents ($3,974.97) in administrative fees and expenses as stated by the final arbitration award. Under 28 U.S.C. § 1961(a), Southeast Directional Drilling is awarded post-judgment interest at a rate of 4.46 percent, compounded annually, and calculated from the date of this judgment until paid. Southeast Directional Drilling is further awarded its costs in pursuing this action.

The clerk of this Court shall transmit a true copy of this judgment to the parties.

SIGNED September 4, 2024.

Terry R. Means

TERRY R. MEANS
UNITED STATES DISTRCIT JUDGE

COKINOS

SAMUEL T. PENDERGAST
Attorney

DIRECT 713-535-5569
MAIN 713-535-5500
EMAIL spendergast@cokinoslaw.com

November 18, 2025

***Via Certified Mail***
Office of Constable Tracey L. Gulley
Dallas County Constable Precinct 1
8301 S. Polk Street, Suite 1200
Dallas, TX 75232

**Delivery of Writ of Garnishment for Execution**

| | |
|---|---|
| **Court:** | United States District Court for the Northern District of Texas – Fort Worth Division |
| **Action No:** | 4:25-cv-01277-P |
| **Garnishor:** | Southeast Directional Drilling, LLC |
| **Garnishee:** | Bank of America, N.A. |

Dear Constable Gulley:

My name is Samuel Pendergast, and my firm represents Southeast Directional Drilling, LLC, Garnishor, in the above-referenced case. Included with this letter, please see (1) the Issued Writ of Garnishment After Judgment (the "Writ"), (2) Southeast Directional Drilling, LLC's Application for Writ of Garnishment After Judgment (the "Application"), and (3) a copy of the underlying Final Judgment serving as the basis of the garnishment (the "Judgment"), all enclosed for execution on Garnishee, Bank of America, N.A.

Garnishee may be served, and the Writ may be executed, by delivering the Writ, Application, and Judgment to Garnishee's registered agent, CT Corporation System, **located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.**

I have enclosed a check payable to Dallas County Constable Precinct 1 for $140.00, which is Dallas County's requisite fee for service and execution of a Writ of Garnishment. *Service and Fee Schedule*, DALLAS COUNTY, https://www.dallascounty.org/departments/constable/precinct1/service-and-fee-schedule.php (last visited November 18, 2025).

Once the Writ has been executed, please file the return with the court pursuant to TEX. R. CIV. P. 663 and/or provide the return via email to me, at spendergast@cokinoslaw.com. Thank you for your assistance, and should you need any additional information, please do not hesitate to contact me via phone or email.

Best regards,

Samuel T. Pendergast

# CONSTABLE'S RETURN

**Style of Case:** **SOUTHEAST DIRECTIONAL DRILLING, LLC VS. BANK OF AMERICA, N.A.**

**Came into hand, this** **21** *day of* **NOVEMBER** **,20 25** *AT* **11:57** *o'clock* **A** *M. by executing and delivering a* **WRIT OF GARNISHMENT AFTER JUDGMENT** *issued out of the state of* **TEXAS** *under cause number:* **4:25-cv-01277-P** *On this* **21** Day *Of* **NOVEMBER** **, 20 25** *, at* **2:39** *o'clock* **P** M., to:

☐ ______ *personally delivered/served true and correct copies of same.*

**OTHER NOTES:** ______

☐ ______ *pursuant to Rule 106/Rule 536, to an occupant:* ______ *over the age of 16 years.*

☐ ______ *pursuant to Rule 106/Rule 536, by securely attaching and/or affixing to the* ______ *of the defendant's last known place of* ☐ *business* ☐ *abode.*

☒ **BANK OF AMERICA, N.A.** ☐ **A Corporation** ☐ **A Business**

**Name:** **CT CORPORATION SYSTEM** ☐ **President** ☐ **Vice-President** ☒ **Registered Agent**

☒ **By delivering to the defendant's registered agent for service, CT CORPORATION SYSTEM, through Their authorized agent to accept service: WILLIAM MILLER ; SERVICE OF PROCESS INTAKE ASSOCIATE**

**at 1999 BRYAN ST STE 900 Dallas, Texas 75201.**

**Service Address:** **1999 BRYAN ST STE 900 DALLAS TEXAS 75201** **DALLAS COUNTY**

☐ **RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:**

______

______

**Service Fees: $** **140.00**

P. Clark #116

**P. CLARK #116, DEPUTY CONSTABLE**
**TRACEY L. GULLEY, CONSTABLE**
**DALLAS COUNTY PRECINCT 1**

**COUNTY OF DALLAS**

**STATE OF TEXAS**

**SIGNED AND SWORN BY SAID** ______ **,before me, this** ______

**Day Of** ______ **20** ______ **, to certify which, witness my hand and seal of office.**

______
**NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS**

TRACEY L. GULLEY
CONSTABLE PRECINCT 1
8301 S. POLK ST., STE. 1200
DALLAS, TEXAS 75232

PRESORTED
FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 75202 $ 000.68[6]
02 4W
0000384306 NOV 26 2025

2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

4:25-CV-01277-P
U.S. COURT HOUSE
501 W 10TH ST
FORT WORTH, TX 76102

501 W 10TH ST #147 76102

020 KIL-AMP 76102